

NACMIAS
LAW FIRM
PLLC

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

August 20, 2024

District Judge Lewis J. Liman,
United States District Court
United States Courthouse
500 Pearl St., 15C
New York, NY 10007-1312

RE:     *VOLFMAN v. 45 SPRING FALAFEL LLC d/b/a TAIM and MARGI HOLDING CORP.,*
        **DOCKET NO. 1:24-cv-01703**

Dear Judge Liman,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the date for defendants' to file an answer, and allow the parties thirty (30) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

By: _____

Andre Autz, Esq.
        *Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
T: 929-295-4759
aautz@nacmiaslaw.com