UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
JOSEPH VOLFMAN,

                Civil Action No. 1:24-cv-01703-LJL

    Plaintiff,

-against-

                **JOINT STIPULATION OF**
                **DISMISSAL WITH PREJUDICE**

45 SPRING FALAFEL LLC d/b/a TAIM
and MARGI HOLDING CORP.,

    Defendants.
_____x

        Plaintiff Joseph Volfman and Defendants 45 SPRING FALAFEL LLC d/b/a TAIM and MARGI HOLDING CORP by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

    Dated: September 13, 2024

By: _____

  Andre Autz, Esq .
    *Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street
Brooklyn NY 11217
aautz@nacmiaslaw.com
917-602-6057

By: _____

  Joseph Dimitrov, Esquire
    *Attorney for Defendants*
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
dimitrov@litchfieldcavo.com